1  J. Curtis Edmondson, (CA SBN 236105)
2  Edmondson IP Law
   Wilshire Professional Building
3  9999 Wilshire Street, Suite 216
4  Portland, OR 97225
   (503) 336-3749
5  (503) 482-7418 fax
6  jcedmondson@edmolaw.com

7

8  **UNITED STATES DISTRICT COURT**
   **SOUTHERN DISTRICT OF CALIFORNIA**
9

10

11  ASGARI PARGAL DENTAL           )   Case No.:  '24CV0380 JO   BLM
    PARTNERSHIP                    )
12                                 )
            Plaintiff,             )   **COMPLAINT FOR:**
13                                 )      **(I)    Trademark Infringement of**
         v.                        )              **United States Trademark**
14                                 )              **4,536,624**
    JAMES GRANT DDS, INC.          )      **(II)   Violation of Lanham Act for**
15        Defendants               )              **false and deceptive advertising**
16                                 )              **of the "Blue and Orange"**
                                   )              **mark color combination**
17                                 )      **(III)  Violation of California Unfair**
18                                 )              **Competition Laws ("UCL");**
                                   )              **California Business &**
19                                 )              **Professions Code Sections**
20                                 )              **17200,** *et seq*.
                                   )
21                                 )   **JURY TRIAL DEMANDED**
22                                 )

23

24

25

26

27

28

## PARTIES

1. Plaintiff ASGARI PARGAL DENTAL PARTNERSHIP ("ASGARI") is a California Partnership with business operations in San Diego County, California.

2. Defendant JAMES GRANT DDS INC. ("GRANT") is a California Corporation with business operations in San Diego County, California.

## JURISDICTION AND VENUE

3. This Court has jurisdiction for these claims under the Lanham Act. This Court has supplemental jurisdiction for pendant state law claims related to trademark infringement and unfair competition.

4. The Court has personal jurisdiction and venue as the parties are both located in San Diego County, California.

## FACTUAL BACKGROUND

5. ASGARI is a dental partnership that is located in San Diego County, California. ASGARI has continuously marketed their dental practice under the "Kidmazing Dental" registered trademark since 2013. ASGARI has marketed their dental practice using the "Kidmazing Dental" mark with storefront signage, print marketing, and, most importantly, internet marketing at www.kidmazingdental.com. ASGARI uses social media marketing directly and via accessible via common search engines (e.g. Google, etc.) using the "Kidmazing Dental" trademark. ASGARI has a federally registered trademark on the principal register. (See Exhibit 1).

6. GRANT is a dental corporation that is location in San Diego County. GRANT has marketed their dental corporation using the mark "Amazing Kids Dentistry and Orthodontics". GRANT has used the mark "Amazing Kids Dentistry and Orthodontics" since only 2023. GRANT has marketed the dental practice by using

1

storefront signage, print marketing, and, most importantly, internet marketing at www.amazingkidsdo.com which incorporates the "Amazing Kids Dentistry and Orthodontics" mark.  GRANT uses social media marketing directly and via accessible via common search engines (e.g. Google, etc.) using the "Amazing Kids Dentistry and Orthodontics" mark.

7. Both ASGARI and GRANT market to the same customer base, namely people desiring dental services, but more importantly, parents who desire dental services for their children.  Both ASGARI and GRANT are in the same geographic location and metropolitan area.

8. ASGARI has used the "Blue and Yellow" color scheme for lettering since at least 2013 as:



GRANT then mimicked the same "Blue and Yellow" color scheme in 2023 :



9. Consumer confusion has been ongoing.  Notably, in the month of December, 2023 a patient's parent guardian with an appointment at ASGARI for a juvenile entered search terms into Google and was misdirected to GRANT's office. The patient's parent had to then reschedule the appointment with ASGARI.  This misdirection resulted in increased costs to ASGARI.

10. ASGARI's counsel requested GRANT to discontinue use of the mark, but this was refused. (See Exhibit 2.)

### COUNT I

### Trademark Infringement as against GRANT

11. ASGARI restates and incorporates by reference as if fully set forth herein the preceding paragraphs above.

12. ASGARI restates and incorporates by reference as if fully set forth herein the preceding paragraphs above.

13. ASGARI is the owner of the registered United States Trademark 4,536,624 for the mark "Kidmazing Dental". (See Exhibit 1).

14. ASGARI has used this mark "Kidmazing Dental" in connection dental services continuously since 2013.

15. GRANT began using the "Amazing Kids Dentistry and Orthodontics" only since 2023.

16. ASGARI and GRANT's marks use identical identifiers in their marks, namely "mazing/Amazing" and "Kid/Kids".

17. GRANT has adopted a similar color scheme for their mark.

18. GRANT is using their mark "Amazing Kids Dentistry and Orthodontics" without permission or license from ASGARI. ASGARI I has tried to resolve this matter amicably with GRANT by first giving notice of the conflicting marks, but GRANT has refused to rebrand.

19. GRANT's unlicensed use of the "Amazing Kids Dentistry and Orthodontics" which incorporates portions of ASGARI's "Kidmazing Dental" mark has created actual confusion and will further create future confusion in the marketplace.

20. GRANT's unlicensed use of the blue and orange color scheme in connection with the "Amazing Kids Dentistry and Orthodontics" mark has created actual confusion and will further create future confusion in the marketplace.

21. GRANT's use of the mark "Amazing Kids Dentistry and Orthodontics" was done willfully and with full knowledge that ASGARI was located in the same metropolitan market and both GRANT and ASGARI marketed to the same customers who desire dental services for themselves and their children.

## COUNT II
**Violation of California False Advertising Law ("FAL")
under Business & Professions Code Section 17500, et seq.**

22. ASGARI restates and incorporates by reference as if fully set forth herein the preceding paragraphs above.

23. California Business & Professions Code 17500, prohibits false or misleading advertising, which "is untrue or misleading, and which is known, or . . . should be known, to be untrue or misleading." Cal. Bus. & Prof. Code § 17500.

24. GRANT has violated Section 17500 of the California Business & Professions Code.

25. GRANT's use of a similar wording and an identical color scheme for their "Amazing Kids Dentistry and Orthodontics" in view of ASGARI's senior mark "Kidmazing Dental" would mislead consumers of dental services in the San Diego County metropolitan market.

4

## COUNT III

**Violation of California's Unfair Competition Law ("UCL")**
**California Business and Professions Code § 17200, et seq.**

26. ASGARI restates and incorporates by reference as if fully set forth herein the preceding paragraphs above.

27. The UCL defines "unfair business competition" to include any "unlawful, unfair or fraudulent" act or practice, as well as any "unfair, deceptive, untrue or misleading" advertising. Cal. Bus. Prof. Code § 17200.

28. The UCL imposes strict liability. Plaintiff need not prove that GRANT intentionally or negligently engaged in unlawful, unfair, or fraudulent business practices – but only that such practices occurred.

"Unfair" Prong

29. A business act or practice is "unfair" under the UCL if it offends an established public policy or is immoral, unethical, oppressive, unscrupulous or substantially injurious to consumers, and that unfairness is determined by weighing the reasons, justifications and motives of the practice against the gravity of the harm to the alleged victims.

30. GRANT's actions constitute "unfair" business practices because, as alleged above, GRANT used similar marks and color schemes for the marks to mislead and confuse consumers.

"Fraudulent" Prong

31. A business act or practice is "fraudulent" under the UCL if it is likely to deceive members of the consuming public.

5

32. GRANT's actions constitute "fraudulent" business practices because, as alleged above, GRANT used similar marks and color schemes for the marks to mislead and confuse consumers. "Unlawful" Prong

33. A business act or practice is "unlawful" under the UCL if it violates any other law or regulation.

34. GRANT's acts and practices alleged above constitute unlawful business acts or practices as they violate state and federal law in connection with their deceptive advertising scheme.

35. As alleged herein, GRANT's acts and practices further violates the Lanham Act's Prohibition on False Descriptions in Commercial Advertising or Promotion under 15 U.S.C. § 1125(a)(1)(B).

36. As alleged herein, Mobility Product Sellers further violates California's False Advertising Law ("FAL") under Business & Professions Code Sections 17500, *et. seq.*

## JURY TRIAL DEMAND

37. ASGARI demands a jury trial under FRCP 38 on all issues presented and/or later amended that are then triable to a jury.

## PRAYER FOR RELIEF

WHEREFORE, ASGARI prays that:

1. Actual Damages for Federal and/or State Trademark Infringement;
2. Actual Damages for false advertising;
3. Disgorgement of Profits for false advertising;
4. Injunctive relief ordering GRANT to stop using marks with the "Kid" and "[A]mazing" word marks proximate to each other in their marketing materials.

6

5.   Injunctive relief ordering GRANT to transfer the domain www.amazingkidsdo.com to ASGARI.

6.   Injunctive relief ordering GRANT to provide corrective advertising.

7.   Preliminary and Permanent injunctions to deter GRANT from future use of deceptively similar marks.

8.   Actual Damages and Treble Damages under §§ 17500, etc.

9.   Attorny fees and costs under the Lahman Act and/or B&P Code §§ 17200, etc., and/or §§ 17500, etc. or on any other basis;

10.   All remedies allowable under 15 U.S.C. §§1114, 1116-1118; and

11.   The Court award ASGARI such other and further relief as the Court deems appropriate.

Dated:   February 27, 2024

EDMONDSON IP LAW

By  / J. Curtis Edmondson/
J. Curtis Edmondson, (CA SBN 236105)
Edmondson IP Law
Wilshire Professional Building
9999 Wilshire Street, Suite 216
Portland, OR 97225
(503) 336-3749
(503) 482-7418 fax
jcedmondson@edmolaw.com
*Attorneys for Plaintiff*
ASGARI PARGAL DENTAL PARTNERSHIP

# EXHIBIT 1 - TRADEMARK CERTIFICATE



# Kidmazing Dental

**Reg. No. 4,536,624**
**Registered May 27, 2014**
**Int. Cl.: 44**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ASGARI PARGAL DENTAL PARTNERSHIP (CALIFORNIA PARTNERSHIP), DBA KIDMAZING DENTAL
327 SOUTH RANCHO SANTA FE ROAD, SUITE G.
SAN MARCOS, CA 92078

FOR: DENTAL HYGIENIST SERVICES; DENTAL SERVICES, NAMELY, PERFORMING RESTORATIVE AND COSMETIC PROCEDURES; DENTAL SERVICES, NAMELY, TREATMENT OF PATIENTS WITH SNORING, SLEEP APNEA AND TMJ (TEMPORO-MANDIBULAR JOINT) DISORDERS; ORAL SURGERY AND DENTAL IMPLANT SERVICES; PROVIDING A WEBSITE FEATURING INFORMATION FOR PATIENTS IN THE FIELD OF DENTAL HEALTH, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 7-23-2013; IN COMMERCE 7-23-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DENTAL", APART FROM THE MARK AS SHOWN.

SER. NO. 86-053,629, FILED 9-2-2013.

ELLEN PERKINS, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

# EXHIBIT 2 - DEMAND LETTER

# WORRALL LAW

December 1, 2023

Amazing Kids Dentistry & Orthodontics
12395 El Camino Real #218
San Diego, CA 92130

Dear Amazing Kids,

I am writing to you on behalf of my client, Kidmazing Dental and Orthodontics. Kidmazing Dental filed for a trademark from the United States Patent & Trademark Office in 2013. The trademark was awarded in 2014. My client has used the trademarked name Kidmazing consistently now for a decade.

It appears that you have selected a name for your practice (Amazing Kids) that is substantially similar to my client's trademark. This, along with your use of similar colors and imagery in your branding for pediatric dental services in San Diego creates a substantial likelihood of confusion in the marketplace. You should know that trademarks do not have to be identical to be deemed confusingly similar.

Your choice may have been inadvertent. My client understands that your marketing and/or web-design people may not have done their research when choosing your name and branding. Nevertheless, my client requests that you take the following steps immediately:
1. Stop using the name "Amazing Kids" on any of your printed advertising or marketing materials;
2. Take down your website and/or delete the use of the name "Amazing Kids" from your website;
3. Stop using the name "Amazing Kids" on any other printed or electronic media, such as, but not limited to: advertisements/reviews on Google, Facebook or Instagram posts, etc.
4. Contact your marketing/web person to see what can be done to mitigate the harm/confusion that may continue to exist even after you have taken steps 1-3.

You may be aware that once certain names or terms are used on the Internet, various algorithms and learning programs such as ChatGPT may continue to drive traffic to your business even after you have taken the steps requested. Every single day that goes by it becomes more difficult to remove traces of this infringement. Therefore, you need to act on this immediately to prevent harm.

Currently my client is not seeking any form of damages. However, the longer this infringement lasts, the more likely it is that his practice will suffer substantial financial harm from the confusion you have created in the marketplace. Please contact me immediately and let me know that you understand what is being asked of you, and that you are willing to quickly comply with this request.

Respectfully,

Jay Worrall
CA Bar #227968

760.452.0920
jay@worrallattorney.com
www.worrallattorney.com

310 S. Twin Oaks Valley Rd.
#107-415
San Marcos, CA 92078